# EXHIBIT F

```
-------------------------- Mensagem Original --------------------------
Assunto: RE: Diabetes Journal articles/concerns re: image manipulation from ADA
De:     "Christian Kohler" <CKohler@diabetes.org>
Data:   Qua, Abril 9, 2014 12:19 pm
Para:   "msaad@fcm.unicamp.br" <msaad@fcm.unicamp.br>
CC:     "gontijo@fcm.unicamp.br" <gontijo@fcm.unicamp.br>
----------------------------------------------------------------------
```

Dear. Dr. Saad,

Thank you once again for your response and your cooperation.

I regret to inform you that after careful review and much discussion, the ESP has concluded that your response and explanations do not adequately address the concerns outlined in my letter dated March 10. The ESP still has serious concerns about the reliability of the reported data.

In regard to Diabetes 60:784-796, 2011, the ESP believes your explanation to the concerns about Figure 7 in db09-01907---that incorrect immunoblots were inadvertently included due to a mix up by a department secretary---cannot be correct because the type of manipulation involved re-ordering and duplication of individual bands, not just substitution of a duplicate blot. The same is true regarding the same duplication of the blots in this paper and the PLoS One paper. In other words, the bands adjacent to lane 3 in the Diabetes paper and lane 2 in the PLoS One paper are different, indicating that someone must have deliberately spliced the blot. The explanation of a secretary inserting the incorrect blot cannot be correct.

In regard to Diabetes 56:1986-1998, 2007, the ESP believes that the figures of concern-most notably Figure 3B, where lanes 1, 3, and 7 are clearly identical and lane 5 has been spliced in-do indeed contain duplications. This is clear in the original published image, irrespective of "very poor definition quality." Put succinctly, the ESP believes that your response and comments (specifically those concerning the efforts of the paper's reviewers, the quality of the images, and the number of published figures) have not dispelled suspicion of deliberate manipulation.

Because your institution has the most knowledge about the research in question and is responsible for the research, I will soon contact Unicamp---specifically President Jose Tadeu Jorge, Vice President for Research Glaucia Maria Pastore, and the Committee of Research Ethics---to request the initiation of the appropriate investigation regarding the accuracy, reliability, and integrity of the data reported in the above-cited papers. A copy of the letter to be sent to Unicamp is attached.

The journal may revise the publication record on the basis of your investigation, the recommendations of the ESP, and/or the editorial judgment of the editors of Diabetes.
Diabetes is a member journal of the Committee on Publication Ethics (COPE; publicationethics.org). As such, the ESP refers to COPE's guidelines and best practices when reviewing potential violations of the journal's publication policies.

Thank you for your cooperation and patience.

Sincerely,

Christian S. Kohler
Staff Liaison, Subcommittee on Ethical Scientific Publications Managing Director, Scholarly Journal Publishing American Diabetes Association ckohler@diabetes.org
+1-703-299-2032