# EXHIBIT I

-------------------------- Mensagem Original --------------------------
Assunto: outcome of ADA-ESP review
De:     "Christian Kohler" <CKohler@diabetes.org>
Data:   Ter, Dezembro 2, 2014 6:13 pm
Para:   "msaad@fcm.unicamp.br" <msaad@fcm.unicamp.br>
------------------------------------------------------------------------

Dear Dr. Saad,

The American Diabetes Association's Panel on Ethical Scientific Programs
(ESP) has completed its review of the State University of Campinas' report regarding your 2007 and 2011 Diabetes papers, as well as your and Dr.
Carvalheria's recent responses related to your 1997 and 2006 Diabetes papers.

On the basis of the ESP's review and recommendations, Diabetes will soon publish an "expression of concern"(attached) to alert readers to concerns about potentially duplicated and manipulated images in the four articles.

The expression of concern will be linked to the original articles online on December 15, and will appear in the March print issue of Diabetes, which releases on February 24, 2015.

The attached letter will soon be sent to the State University of Campinas (UNICAMP). As communicated in the letter, the ESP will ask UNICAMP to re-investigate the data published in the 2007 and 2011 papers and the information presented in your point-by-point responses. In addition, the ESP will ask UNICAMP to initiate an investigation regarding the accuracy, reliability, and integrity of the data reported in the 1997 and 2006 papers. ADA journals will not consider for publication any submissions authored by faculty of the State University of Campinas until the issues described in the expression of concern and the attached letter have been appropriately reviewed and addressed by the University.

We ask that you inform the co-authors of each publication about the pending publication of the expression of concern and the outcome of the ESP's review. A separate letter will be sent to Dr. Carvalheira.

Thank you for your cooperation,

Chris Kohler

Christian S. Kohler
Managing Director, Scholarly Journal Publishing American Diabetes Association
1701 N. Beauregard St.
Alexandria, VA 22311
Tel.: 703-299-2032