# EXHIBIT J



One Design Center Place
Suite 600
Boston, MA 02210
(617) 951-2300
(617) 951-2323 fax

James T. Hargrove, Esq.
jhargrove@dwboston.com

January 26, 2015

**VIA FEDERAL EXPRESS**

Mr. Christian S. Kohler
Managing Director
Subcommittee on Ethical Scientific Publications
Scholarly Journal Publishing
American Diabetes Association
1701 N. Beauregard St.
Alexandria, VA 22311

Re:   Mario S.A. Saad, MD, PhD
      *Diabetes* 60:784-796, 2011 & *Diabetes* 56:1986-1998, 2007
      *Diabetes* 55: 2554-2561, 2006 & *Diabetes* 46: 1950-1957, 1997
      Our File No.:   10466.00

Dear Mr. Kohler:

Please be advised that this office has been retained to represent the interests of Dr. Mario S.A. Saad with respect to the above-referenced articles. We understand that, at this time, the journal *Diabetes* is considering issuing expressions of concern relating to these articles, as well as requesting investigations regarding the two (2) additional articles involving Dr. Saad referenced above.

We are writing to advise you that we are presently reviewing the facts and circumstances surrounding the initial investigations conducted by the University of Campinas as well as communications from your office regarding the referenced review.

We ask that, at this time, the Association refrain from publishing expressions of concern relating to the above-referenced articles which would, we believe, certainly damage Dr. Saad's reputation in the research community as well as question the underlying scientific research, until we have had the opportunity to discuss with you the issues that have been raised relating to these articles.



Mr. Christian S. Kohler
January 26, 2015
Page 2

  Please contact the undersigned upon your receipt of this letter so that we may discuss these matters with you..

 Thank you for your cooperation and assistance.

           Very truly yours,

           James T. Hargrove

JTH:cb

cc: via Electronic Mail Only

   Mario S.A. Saad, MD, PhD