# EXHIBIT K



January 29, 2015

James T. Hargrove, Esq.
One Design Center Place
Ste. 600
Boston, MA 02210
jhargrove@dwboston.com

Re:   Mario S.A. Saad, MD, PhD
      Diabetes® 60:784–796, 2011 & Diabetes® 56:1986-1998, 2007
      Diabetes® 55:2554–2561, 2006 & Diabetes® 46:1950–1957, 1997

Dear Mr. Hargrove,

This letter is to confirm that I have received your correspondence dated January 26, 2015.

The American Diabetes Association (Association) and our Association's Panel on Ethical Scientific Programs (ESP) have reviewed your request to refrain from publishing expressions of concern related to the four above-referenced *Diabetes®* articles coauthored by Dr. Mario Saad.

After discussion, the Association decided to proceed with publication of the expression of concern, which will be linked to original articles online on February 2 and will be published in the March 2015 issue of the journal (release date February 24).

*Diabetes* may revise the publication record of these four articles depending on the outcome of the State University of Campinas's current investigation, any subsequent recommendations of the ESP and the editorial board of *Diabetes*.

*Diabetes* has an obligation to inform readers of potentially misleading data, and the Panel believes that further delaying the publication of a notice to the journal's readers would be a breach of that responsibility. The decision to publish the expression of concern is supported by the <u>recommendations of the Committee on Publication Ethics</u>, which advises that journals should consider publishing an expression of concern "when an investigation is underway but a judgment will not be available for a considerable time."

Thank you.

Christian Kohler
Staff Liaison, Panel on Ethical Scientific Programs
Managing Director, Scholarly Journals
American Diabetes Association
ckohler@diabetes.org

**National Office**
1701 North Beauregard Street
Alexandria, VA 22311
Tel: 703-549-1500

**Diabetes Information**
1-800-342-2383
www.diabetes.org
www.stopdiabetes.com

**The Mission** of the American Diabetes Association is to prevent and cure diabetes and to improve the lives of all people affected by diabetes.